UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO OSIEL VALENCIA BARRERA,

Plaintiff,

v.

PEACEHEALTH ST. JOSEPH MEDICAL CENTER, et al.,

Defendants.

CASE NO. 2:26-CV-174-RAJ-DWC

REPORT AND RECOMMENDATION

Noting Date: **April 15, 2026**

This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. On February 19, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed as duplicative of *Valencia Barrera v. Whatcom County Jail*, No. 2:25-cv-2129-JNW-TLF (W.D. Wash filed Oct. 21, 2025). Dkt. 5. The Court warned that failure to respond by March 23, 2026, would result in a recommendation of dismissal. *Id.* at 3. The show cause deadline has elapsed with no response received from Plaintiff. *See docket.*

Accordingly, the undersigned recommends this action be dismissed without prejudice as duplicative and for failure to comply with a court order and prosecute this case.

REPORT AND RECOMMENDATION - 1

## I.   DISCUSSION

Federal courts retain broad authority to manage their dockets and prevent duplicative litigation. *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). A plaintiff has no right to maintain multiple actions involving the same subject matter, at the same time, against the same defendants in the same court. *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007).

As discussed in the Order to Show Cause, this action is duplicative of Plaintiff's earlier-filed case. *See* Dkt. 5 at 2. The proposed complaint arises from the same core set of operative facts and involves overlapping defendants, including the Whatcom County Sheriff's Office and the Medical Department of the Whatcom County Downtown Facility. *Id.* (comparing Dkt. 3-1 with *Valencia Barrera*, No. 2:25-cv-2129-JNW-TLF, Dkt. 11). Where an action is duplicative of an earlier action, dismissal of the later-filed action is appropriate. *Adams*, 487 F.3d at 688–89.

Plaintiff was given an opportunity to show cause why this later-filed action should not be dismissed as duplicative or to voluntarily dismiss this case and pursue amendment in his earlier-filed action. The deadline for Plaintiff to show cause has elapsed with no response filed and no request for relief from deadline received from him. Therefore, the Court finds dismissal without prejudice is appropriate based on the duplicative nature of the action and also based on Plaintiff's failure to comply with a court order and to properly prosecute this case.

## II.   CONCLUSION

For the above stated reasons and those addressed in the Order to Show Cause (Dkt. 5), the undersigned recommends this action be dismissed without prejudice as duplicative and for failure to comply with a court order and to prosecute this case. It is further recommended that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 4) be denied as moot.

REPORT AND RECOMMENDATION - 2

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 15, 2026.**

Dated this 24th day of March, 2026.

_____
David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3