UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO OSIEL VALENCIA BARRERA,

Plaintiff,

v.

PEACEHEALTH ST. JOSEPH MEDICAL CENTER, et al.,

Defendants.

CASE NO. 2:26-CV-174-RAJ-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This is dismissed without prejudice for Plaintiff's failure to comply with a court order and to prosecute this case and as duplicative of his earlier-filed action in *Valencia Barrera v. Whatcom County Jail*, No. 2:25-cv-2129-JNW-TLF (W.D. Wash filed Oct. 21, 2025).

(3)    Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 4) is denied as moot.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 16th day of April, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2